FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 JUN 19  AM 10: 29

**UNITED STATES OF AMERICA ex rel.
JAMES WILCOX,**

        **Plaintiff,**

v.                                                **Case No:  6:15-cv-1510-Orl-41DAB**

**HEALOGICS, INC., HEALOGICS
HOLDING CORP., HEALOGICS
ASSIST PROGRAM, INC.,
HEALOGICS WOUND CARE &
HYPERBARIC SERVICES, INC.,
CARSON TAHOE CENTER FOR
WOUND HEALING, DR. DAVID A.
JOHNSON, TERRE HAUTE
REGIONAL HOSPITAL, DR.
RICHARD REED, HOLY FAMILY
HOSPITAL AT MERRIMAK VALLEY,
DR. WALTER KWASS, MUNROE
REGIONAL MEDICAL CENTER, DR.
FELIX ORTEGA, TRINITAS
REGIONAL MEDICAL CENTER, DR.
CHARLES MOSS, SOMERSET
HOSPITAL, DR. PETER
VANDERMEID, LAKE CUMBERLAND
REGIONAL HOSPITAL, DR. RACHEL
SHELTON, PARKVIEW REGIONAL
MEDICAL CENTER, DR. TROY
SARGENT, TRINITY HOSPITAL, DR.
WALTER BRADLEY, BAPTIST
WOUND HEALING CENTER-BAPTIST
MEDICAL CENTER, DR. EBBA
TSINOPOULOS, DR. SCOTT
COVINGTON, CENTER FOR WOUND
HEALING-WARM SPRINGS
REHABILITATION HOSPITAL OF
SAN ANTONIO, DR. PATRICK N.
KIMBRELL, TMC CENTER FOR
WOUND HEALING AND
HYPERBARIC MEDICINE-TEXOMA**

S-37

MEDICAL CENTER, DR. TRAM PHAM HILL, LIFE CARE WOUND CENTER OF PLANO, MERCY WOUND CARE CENTER AND HYPERRBARIC MEDICINE-MERCY (NOTHWEST ARKANSAS), DR. LAURA GILMORE, DR. DAVID DEAN, OUR LADY OF LOURDES CENTER FOR WOUND CARE AND HYPERBARICS, MCSO CENTER FOR WOUND CARE AND HYPERBARIC MEDICINE-MEDICAL CENTER OF SOUTHEASTERN OKLAHOMA, DR. SANDY GEORGE, MEMORIAL HERMANN CENTER FOR WOUND CARE AND HYPERBARIC MEDICINE, DR. DELMA JARA, HMH WOUND CARE CENTER AND HYPERBARIC MEDICINE-HUNTSVILLE MEMORIAL HOSPITAL, DR. JULIE BETH YELIN, GULF COAST WOUND CARE AND HYPERBARIC CENTER-GULF COAST MEDICAL CENTER, DR. NAMITA TULI, LAKE CHARLES CENTER WOUND CARE CENTER-LAKE CHARLES MEMORIAL HOSPITAL, DR. GORDON CLARLE, DR. GERALD MOUTON, ST. FRANCIS WOUND HEALING CENTER-ST. FRANCIS MEDICAL CENTER, DR. JEFFREY LUX, DR. CHARLES SIMMONS, DR. KEVIN MEYER, DR. FRANK SARTOR, EMERSON HOSPITAL WOUND CARE & HPYERBARIC CENTER-EMERSON HOSPITAL, DR. STEPHEN HOENING, DR. SANDRA WEAKLAND, DR. PETER DEMARTINO, DR. SEAN DOHERTY, DR. DEBORAH GOBETZ, HEYWOOD HOSPITAL WOUND CARE & HYPERBARIC CENTER-HEYWOOD HOSPITAL, DR. ROBERT SHEPHERD, DR. ANGUS MICHAELS, DR. ANTHONY BABIGIAN, KING'S DAUGHTERS WOUND CARE & HYPERBARIC CENTER-KING'S

DAUGHTERS MEDICAL CENTER, DR. THOMAS JEFFCOAT, DR. STEPHEN MILLS, DR. BRYAN CALCOTE, DR. JAMES STEPHENS, MOORE REGIONAL WOUND CARE & HYPERBARIC CENTER-MOORE REGIONAL HOSPITAL (HOKE CAMPUS), DR. JEFFREY GIBBONS, DR. CLAYTON STEINER, DR. DAVID STROM, DR. NOEL MCDEVITT, DR. LINDA JINGLE, DR. JONATHAN BROWER, DR. TODD BROWN, ST. MARY'S WOUND CARE & HYPERBARIC CENTER-ST. MARY'S REGIONAL MEDICAL CENTER, DR. CINDY ROGERS, DR. JOHN RONCK, DR. ZACHARY MARTIN, OUR LADY OF FATIMA WOUND CARE & HYPERBARIC-OUR LADY OF FATIMA HOSPITAL, DR. ROGER MICHAUD, DR. WILLIAM BELIVEAU, PROHEALTH CARE, INC. WOUND HEALING CENTER-WAUKESHA MEMORIAL HOSPITAL, DR. PATRICK FITZGERALD, DR. CYNTHIA PANGALLO, DR. LAURA RADKE, DR. SHAWN SANICOLA, DR. EMILY STODDARD, DR. JOHN GUCCIARDI, MIDDLE TENNESSEE MEDICAL CENTER, SPARKS WOUND CARE & HYPERBARIC CENTER, DR. KRISTEN BATTLES, COMANCHE COUNTY CENTER FOR WOUND CARE AND HBO, and DR. KAUSTUBH MESTRY,

                **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the United States Notice of Partial Intervention for Settlement ("Notice"). For the reasons set forth therein, it is **ORDERED** and **ADJUDGED** as follows:

1. The Notice, Relator's Amended Complaint (Doc. S-6), and this Order shall no longer be under seal.

2. The remaining entries in this file shall remain under seal, except as previously ordered, until further order of this Court.

**DONE** and **ORDERED** in Orlando, Florida on June 18, 2018.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel for Relator

Jeremy Bloor
U.S. Attorney's Office
400 West Washington St., Ste. 3100
Orlando, FL 32801

S. Chartey Quarcoo
U.S. Department of Justice 601 D Street, N.W.
Washington, D.C. 20004